# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:10-CR-046-LRH (VPC) |
| GLENN LOEFFLER, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 5, 2010, defendant GLENN LOEFFLER pled guilty to Count One of a Two-Count Criminal Indictment charging him with Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2256(8)(A) and Title 18, United States Code, Section 2252A(a)(2)(b).

This Court finds defendant GLENN LOEFFLER agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant GLENN LOEFFLER pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

a. Toshiba Laptop, Model: Satellite P205, S/N: 37341964K;

b. Six (6) 3.5" FloppyDisks, One (1) Sony 1GB Micro Vault USB Storage Device;

Case 3:10-cr-00046-LRH-VPC   Document 28   Filed 10/12/10   Page 2 of 4

1      c.      Firelite External Storage, Model: USBFLB40, S/N: JH6704, 40GB;

2      d.      Miscellaneous CDs and DVDs;

3      e.      1 Bag External Storage Devices;

4      f.      1 Bag Miscellaneous DVDs;

5      g.      1 Bag CDs and DVDs;

6      h.      EMachine Desktop Computer, S/N: CRX5610003869;

7      i.      Western Digital External Hard Drive, S/N: WCAU4A961715; and

8      j.      any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of GLENN LOEFFLER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
2   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
4   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5   following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
10  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
11  following publication of notice of seizure and intent to administratively forfeit the above-described
12  property.

13   DATED this 16th day of Oct., 2010.

UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

I, Greg Addinton, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 13, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Vito R De La Cruz
Federal Public Defender
201 West Liberty Street, Suite 102
Reno, NV 89501
vito_delacruz@fd.org
*Counsel for Glenn Loeffler*

/s/ GregAddington
GREG ADDINGTON
Assistant United States Attorney