UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GLENN LOEFFLER,<br> aka theevilone666@msn.com,<br><br>    Defendant. | 3:10-CR-0046-LRH (VPC) |

**FINAL ORDER OF FORFEITURE**

On October 19, 2010 (Docket #29), the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant GLENN LOEFFLER aka theevilone666@msn.com to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant GLENN LOEFFLER aka theevilone666@msn.com pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 22, 2010 through November 20, 2010, notifying all known third parties of their right to petition the Court. #30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a. Toshiba Laptop, Model: Satellite P205, S/N: 37341964K;

b. Six (6) 3.5" FloppyDisks, One (1) Sony 1GB Micro Vault USB Storage Device;

c. Firelite External Storage, Model: USBFLB40, S/N: JH6704, 40GB;

d. Miscellaneous CDs and DVDs;

e. 1 Bag External Storage Devices;

f. 1 Bag Miscellaneous DVDs;

g. 1 Bag CDs and DVDs;

h. EMachine Desktop Computer, S/N: CRX5610003869;

i. Western Digital External Hard Drive, S/N: WCAU4A961715; and

j. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3    DATED this __27th__ day of __December__, 2011.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE